UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUSTIN MICHAEL JOSEPH, | No. 1:25-cv-00685-KES-CDB (HC) |
| Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING PETITION FOR WRIT OF HABEAS CORPUS WITHOUT PREJUDICE FOR PETITIONER'S FAILURE TO PROSECUTE AND FAILURE TO OBEY COURT ORDERS |
| v. | |
| WARDEN OF MENDOTA, FEDERAL BUREAU OF PRISONS, | |
| Respondent. | (Doc. 6) |

Petitioner Dustin Michael Joseph is a federal prisoner proceeding pro se and in forma pauperis with a petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241. Doc. 1. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 6, 2025, following its preliminary screening of the petition, the assigned magistrate judge ordered petitioner to file an amended petition to remedy certain identified deficiencies. Doc. 4. When petitioner failed to timely comply with the Court's screening order or make any other filing by the deadline, the assigned magistrate judge issued findings and recommendations on July 7, 2025, that this action be dismissed without prejudice for petitioner's failure to obey court orders and failure to prosecute this action. Doc. 6.

Petitioner was directed to file any objections to the findings and recommendations within 14 days of the date of service. *Id*. at 5. No objections were filed and the time to do so has passed.

1

1    In accordance with the provisions of 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of this case. Having carefully reviewed the file, the Court finds the findings and recommendations to be supported by the record and proper analysis. As the petition is brought under § 2241 and the detention complained of does not arise out of a process issued by a state court, no certificate of appealability is required. *See Porter v. Adams*, 244 F.3d 1006, 1006-07 (9th Cir. 2001) (citing *Forde v. U.S. Parole Comm'n*, 114 F.3d 878, 879 (9th Cir. 1997))

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued July 7, 2025, Doc. 6, are ADOPTED in full;
2. The petition for writ of habeas corpus, Doc. 1, is DISMISSED without prejudice for petitioner's failure to obey court orders and to prosecute the action; and
3. The Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated:  August 6, 2025

UNITED STATES DISTRICT JUDGE

2